UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael G., | File No. 24-cv-2160 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Frank Bisignano, *Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 14, 2025.  ECF No. 17.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 17] is **ACCEPTED**;

2. Plaintiff's request for reversal or remand of the Commissioner's decision [ECF No. 13] is **DENIED**;

3. The Commissioner's Motion for Summary Judgment [ECF No. 15] is **GRANTED**; and

4. The Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 2, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court